IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMY J. MEREDITH                                                                   PLAINTIFF

v.                                    Case No. 4:14-cv-00720 JTK

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 5th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE